UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on July 6, 2017

| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| --- | --- | --- |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| WILLIAM PATRICK SYRING, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 245 |
| Defendant. | : | (Federally Protected Activities) |
| | : | |
| Case: 1:18-cr-00036 | : | 18 U.S.C. § 875(c) |
| Assigned To : Moss, Randolph D. | : | (Transmitting Threats in Interstate |
| Assign. Date : 2/21/2018 | : | Commerce) |
| Description: INDICTMENT(B) | : | |

## INTRODUCTION

1. At all times relevant to this indictment, the Arab American Institute was a private non-profit organization whose purpose is to nurture and encourage the direct participation of Arab Americans in political and civic life in the United States. The Arab American Institute maintained offices in Washington, D.C.

2. At all times relevant to this indictment, J.Z., O.B., M.B., J.H., R.E., H.M., J.S., M.L., and M.P. were employed by the Arab American Institute.

3. At all times relevant to this indictment, the defendant, **WILLIAM PATRICK SYRING**, lived in Arlington, Virginia, and used three e-mail addresses known to the grand jury.

4. On June 12, 2008, **WILLIAM PATRICK SYRING** pleaded guilty to sending four e-mails and three voicemail telephone communications in 2006 to six Arab American Institute

employees, J.Z. and five others, in violation of Title 18, United States Code, Sections 245(b)(2)(C) and 875(c).

5. As part of his 2008 plea, the defendant admitted that his communications – which repeated iterations of the statement, "The only good Arab is a dead Arab," and "Death to Arabs" – willfully threatened unlawful force against J.Z. and the five other Arab American Institute employees because of their race and national origin and were sent with the purpose to willfully interfere with their employment, in violation of Title 18, United States Code, Section 245(b)(2)(C).

6. The defendant also admitted as part of his plea that such communications willfully threatened to injure J.Z. and the five other Arab American Institute employees, in violation of Title 18, United States Code, Section 875(c).

7. At the defendant's sentencing hearing on July 11, 2008, J.Z. testified that the defendant's communications in question made J.Z. fear for the safety of himself, his family, and his employees and that they interfered with the advocacy work he and his employees performed on behalf of the Arab American Institute. The defendant stated that he understood the impact his communications had on J.Z. and others and that he was remorseful for causing J.Z. to fear for the safety of himself and his family. The defendant testified that he would not engage in similar conduct in the future.

8. Despite the defendant's assurances, in March 2012, he resumed sending J.Z. and other Arab American Institute employees numerous e-mail communications. Between on or about March 3, 2012 and January 19, 2018, the defendant sent over 350 e-mails to Arab American Institute employees.

9. At or about 5:39 p.m. on May 30, 2017, **WILLIAM PATRICK SYRING**, using an e-mail address known to the grand jury, sent the following e-mail to J.Z., O.B., M.B., J.H., R.E., M.L., H.M., and J.S. at the Arab American Institute's Washington, D.C. offices:

Subject: J.Z. and AAI's political agenda of LGBT terrorism and genocide

Arab American terrorists J.Z. and Noor Salman Mateen attempted, and failed, to exterminate me and LGBT Americans in Orlando on June 12, 2016.

J.Z. funded the genocide perpetrated by Mohamed Khweis, a Virginia-born Arab American terrorist.

Silence is complicity. J.Z. is a devil. All Arab Americans are terrorist murderers and war criminals.

LGBT Americans will never be safe until we cleanse America of Z and his evil, filthy, vile, despicable, abhorrent LGBT-hating Arab American monsters -- and the Arab American political agenda of genocide targeting LGBT and Jewish Americans.

10. At or about 1:18 a.m. on June 10, 2017, **WILLIAM PATRICK SYRING**, using an e-mail address known to the grand jury, sent the following e-mail to J.Z., O.B., A.A., J.H., R.E., M.L., H.M., J.S., and M.P. at the Arab American Institute's Washington, D.C. offices:

Subject: J.Z.'s Arab American genocide: Orlando 06-12-2016

J.Z., AAI and its Arab American terrorist agent, Palestinian-American Noor Salman Mateen, perpetrated genocide in Orlando on June 12, 2016.

J.Z. is a terrorist. J.Z. is an anti-Semitic murderer. The Arab American Institute is a terrorist organization.

J.Z. is a war criminal who attempted to exterminate me in Orlando on June 12, 2016.

Death to the homophobic Arab American Institute and to J.Z. and his anti-Semitic homophobic political agenda of terror and genocide.

J.Z. is an anti-Semitic homophobic devil. America cleansed of Arab Americans will be America free of terror.

3

11. At or about 8:50 p.m. on June 12, 2017, **WILLIAM PATRICK SYRING**, using an e-mail address known to the grand jury, sent the following e-mail to J.Z., M.B., O.B., and A.A. at the Arab American Institute's Washington, D.C. offices:

Subject: S.F. J.Z. Arab American Hezbollah in the United States

Death to all Arab Americans

12. At or about 9:33 p.m. on June 12, 2017, **WILLIAM PATRICK SYRING**, using an e-mail address known to the grand jury, sent the following e-mail to J.Z., M.B., O.B., and A.A. at the Arab American Institute's Washington, D.C. offices:

Subject: Orlando Genocide: 06-12-2016

We will never forget. We will never forgive: J.Z.'s Orlando genocide:

Orlando June 12, 2016.

The only good Arab American is a dead Arab American.

13. At or about 6:53 p.m. on July 22, 2017, **WILLIAM PATRICK SYRING**, using an e-mail known to the grand jury, sent the following e-mail to J.Z., M.B., and O.B. at the Arab American Institute's Washington, D.C. offices:

Subject: J.Z.'s genocide Z's assassination of Justine Damond

J.Z.'s assassination in Minneapolis:

J.Z. has championed the Arab American assassination of Australian Justine Damond in Minneapolis MN on July 15, 2017.

J.Z. is complicit. Australian resident of Minneapolis Justine Damond was assassinated by J.Z.'s Arab American terrorist agent Mohamed Noor.

Somali American terrorists are evil Arab American terrorists.

America will never be safe until America is cleansed of J.Z. and his evil political agenda of genocide.

Paragraphs 1 through 13 of this Indictment are hereby incorporated into Counts One through Fourteen by reference as though fully set forth herein.

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
(Federally Protected Activities: 18 U.S.C. § 245(b)(2)(C))

14. Between on or about May 30, 2017 and July 22, 2017, in the District of Columbia, the defendant, **WILLIAM PATRICK SYRING**, transmitted e-mail communication to J.Z. at his place of employment, located in the District of Columbia, and by threat of force, attempted to and willfully intimidated and interfered with J.Z. because of his race and national origin, that is because he was Arab American and because he was and had been enjoying employment, and the prerequisites thereof, by a private employer, the Arab American Institute, in violation of Title 18, United States Code, Section 245(b)(2)(C).

### COUNT TWO
(Federally Protected Activities: 18 U.S.C. § 245(b)(2)(C))

15. Between on or about May 30, 2017 and July 22, 2017, in the District of Columbia, the defendant, **WILLIAM PATRICK SYRING**, transmitted e-mail communication to O.B. at his place of employment, located in the District of Columbia, and by threat of force, attempted to and willfully intimidated and interfered with O.B. because of his race and national origin, that is because he was Arab American and because he was and had been enjoying employment, and the

prerequisites thereof, by a private employer, the Arab American Institute, in violation of Title 18, United States Code, Section 245(b)(2)(C).

### COUNT THREE
(Federally Protected Activities: 18 U.S.C. § 245(b)(2)(C))

16. Between on or about May 30, 2017 and July 22, 2017, in the District of Columbia, the defendant, **WILLIAM PATRICK SYRING**, transmitted e-mail communication to M.B. at her place of employment, located in the District of Columbia, and by threat of force, attempted to and willfully intimidated and interfered with M.B. because of her race and national origin, that is because she was Arab American and because she was and had been enjoying employment, and the prerequisites thereof, by a private employer, the Arab American Institute, in violation of Title 18, United States Code, Section 245(b)(2)(C).

### COUNT FOUR
(Federally Protected Activities: 18 U.S.C. § 245(b)(2)(C))

17. Between on or about May 30, 2017 and June 10, 2017, in the District of Columbia, the defendant, **WILLIAM PATRICK SYRING**, transmitted e-mail communication to H.M. at her place of employment, located in the District of Columbia, and by threat of force, attempted to and willfully intimidated and interfered with H.M. because of her race and national origin, that is because she was Arab American and because she was and had been enjoying employment, and the prerequisites thereof, by a private employer, the Arab American Institute, in violation of Title 18, United States Code, Section 245(b)(2)(C).

## COUNT FIVE
(Federally Protected Activities: 18 U.S.C. § 245(b)(5))

18. On or about June 10, 2017, in the District of Columbia, the defendant, WILLIAM PATRICK SYRING, transmitted e-mail communication to M.P. at her place of employment, located in the District of Columbia, and by threat of force, attempted to and willfully intimidated and interfered with M.P. because she had been aiding and encouraging Arab Americans to vote and qualify to vote, and qualify and campaign as a candidate for elective office in United States elections, as well as apply for and enjoy employment with agencies of the United States, in violation of Title 18, Unites States Code, Section 245(b)(5).

## COUNT SIX
(Federally Protected Activities: 18 U.S.C. § 245(b)(5))

19. Between on or about May 30, 2017 and June 10, 2017, in the District of Columbia, the defendant, WILLIAM PATRICK SYRING, transmitted e-mail communication to J.S. at her place of employment, located in the District of Columbia, and by threat of force, attempted to and willfully intimidated and interfered with J.S. because she had been aiding and encouraging Arab Americans to vote and qualify to vote, and qualify and campaign as a candidate for elective office in elections, as well as apply for and enjoy employment with agencies of the United States, in violation of Title 18, Unites States Code, Section 245(b)(5).

## COUNT SEVEN
(Federally Protected Activities: 18 U.S.C. § 245(b)(5))

20. Between on or about May 30, 2017 and June 10, 2017, in the District of Columbia, the defendant, WILLIAM PATRICK SYRING, transmitted e-mail communication to M.L. at her place of employment, located in the District of Columbia, and by threat of force, attempted to

7

and willfully intimidated and interfered with M.L. because she had been aiding and encouraging Arab Americans to vote and qualify to vote, and qualify and campaign as a candidate for elective office in elections, as well as apply for and enjoy employment with agencies of the United States, in violation of Title 18, Unites States Code, Section 245(b)(5).

### COUNT EIGHT
(Transmitting Threats in Interstate Commerce: 18 U.S.C. § 875(c))

21. Between on or about May 30, 2017 and July 22, 2017, in the District of Columbia, the defendant, **WILLIAM PATRICK SYRING**, knowingly transmitted e-mail communications, described in paragraphs 9 through 13 of this indictment, to J.Z. in interstate and foreign commerce with the intent to threaten to injure J.Z. and with the knowledge that J.Z. would view the communications as threats, in violation of Title 18, United States Code, Section 875(c).

### COUNT NINE
(Transmitting Threats in Interstate Commerce: 18 U.S.C. § 875(c))

22. Between on or about May 30, 2017 and July 22, 2017, in the District of Columbia, the defendant, **WILLIAM PATRICK SYRING**, knowingly transmitted e-mail communications, described in paragraphs 9 through 13 of this indictment, to O.B. in interstate and foreign commerce with the intent to threaten to injure O.B. and with the knowledge that O.B. would view the communications as threats, in violation of Title 18, United States Code, Section 875(c).

### COUNT TEN
(Transmitting Threats in Interstate Commerce: 18 U.S.C. § 875(c))

23. Between on or about May 30, 2017 and July 22, 2017, in the District of Columbia, the defendant, **WILLIAM PATRICK SYRING**, knowingly transmitted e-mail communications, described in paragraphs 9 and 11 through 13 of this indictment, to M.B. in interstate and foreign

commerce with the intent to threaten to injure M.B. and with the knowledge that M.B. would view the communications as threats, in violation of Title 18, United States Code, Section 875(c).

### COUNT ELEVEN
(Transmitting Threats in Interstate Commerce: 18 U.S.C. § 875(c))

24. Between on or about May 30, 2017 and June 10, 2017, in the District of Columbia, the defendant, **WILLIAM PATRICK SYRING**, knowingly transmitted e-mail communications, described in paragraphs 9 and 10 of this indictment, to H.M. in interstate and foreign commerce with the intent to threaten to injure H.M. and with the knowledge that H.M. would view the communications as threats, in violation of Title 18, United States Code, Section 875(c).

### COUNT TWELVE
(Transmitting Threats in Interstate Commerce: 18 U.S.C. § 875(c))

25. On or about June 10, 2017, in the District of Columbia, the defendant, **WILLIAM PATRICK SYRING**, knowingly transmitted e-mail communications, described in paragraph 10 of this indictment, to M.P. in interstate and foreign commerce with the intent to threaten to injure M.P. and with the knowledge that M.P. would view the communications as threats, in violation of Title 18, United States Code, Section 875(c).

### COUNT THIRTEEN
(Transmitting Threats in Interstate Commerce: 18 U.S.C. § 875(c))

26. Between on or about May 30, 2017 and June 10, 2017, in the District of Columbia, the defendant, **WILLIAM PATRICK SYRING**, knowingly transmitted e-mail communications, described in paragraphs 9 and 10 of this indictment, to J.S. in interstate and foreign commerce with the intent to threaten to injure J.S. and with the knowledge that J.S.

would view the communications as threats, in violation of Title 18, United States Code, Section 875(c).

### COUNT FOURTEEN
(Transmitting Threats in Interstate Commerce: 18 U.S.C. § 875(c))

27. Between on or about May 30, 2017 and June 10, 2017, in the District of Columbia, the defendant, **WILLIAM PATRICK SYRING**, knowingly transmitted e-mail communications, described in paragraphs 9 and 10 of this indictment, to M.L. in interstate and foreign commerce with the intent to threaten to injure M.L. and with the knowledge that M.L. would view the communications as threats, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

FOREPERSON

Attorney of the United States
And for the District of Columbia