# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM PATRICK SYRING,<br><br>*Defendant.* | Criminal No. 18-36 (RDM) |

## VERDICT FORM

### COUNT ONE

With respect to Count 1, using a threat of force to willfully intimidate or interfere, or attempt to intimidate or interfere, with J.Z. because of J.Z.'s race or national origin and because he was enjoying employment with the Arab American Institute, in violation of Section 245(b)(2)(C) of Title 18 of the United States Code, We, the Jury, find the Defendant William Patrick Syring:

_____ Not Guilty            \_\_\_\_✓\_\_\_\_ Guilty

### COUNT TWO

With respect to Count 2, using a threat of force to willfully intimidate or interfere, or attempt to intimidate or interfere, with O.B. because of O.B.'s race or national origin and because he was enjoying employment with the Arab American Institute, in violation of Section 245(b)(2)(C) of Title 18 of the United States Code, We, the Jury, find the Defendant William Patrick Syring:

_____ Not Guilty            \_\_\_\_✓\_\_\_\_ Guilty

**COUNT THREE**

With respect to Count 3, using a threat of force to willfully intimidate or interfere, or attempt to intimidate or interfere, with M.B. because of M.B.'s race or national origin and because she was enjoying employment with the Arab American Institute, in violation of Section 245(b)(2)(C) of Title 18 of the United States Code, We, the Jury, find the Defendant William Patrick Syring:

_____ Not Guilty        \_\_\_\_✓\_\_\_\_ Guilty

**COUNT FOUR**

With respect to Count 4, using a threat of force to willfully intimidate or interfere, or attempt to intimidate or interfere, with H.M. because of H.M.'s race or national origin and because she was enjoying employment with the Arab American Institute, in violation of Section 245(b)(2)(C) of Title 18 of the United States Code, We, the Jury, find the Defendant William Patrick Syring:

_____ Not Guilty        \_\_\_\_✓\_\_\_\_ Guilty

**COUNT FIVE**

With respect to Count 5, using a threat of force to willfully intimidate or interfere, or attempt to intimidate or interfere, with M.P. because she was aiding or encouraging Arab Americans to participate in federally protected activities without discrimination on account of race, religion, or national origin, in violation of Section 245(b)(5) of Title 18 of the United States Code, We, the Jury, find the Defendant William Patrick Syring:

_____ Not Guilty        \_\_\_\_✓\_\_\_\_ Guilty

## COUNT SIX

With respect to Count 6, using a threat of force to willfully intimidate or interfere, or attempt to intimidate or interfere, with J.S. because she was aiding or encouraging Arab Americans to participate in federally protected activities without discrimination on account of race, religion, or national origin, in violation of Section 245(b)(5) of Title 18 of the United States Code, We, the Jury, find the Defendant William Patrick Syring:

_____ Not Guilty        \_\_\_\_✓\_\_\_\_ Guilty

## COUNT SEVEN

With respect to Count 7, using a threat of force to willfully intimidate or interfere, or attempt to intimidate or interfere, with M.L. because she was aiding or encouraging Arab Americans to participate in federally protected activities without discrimination on account of race, religion, or national origin, in violation of Section 245(b)(5) of Title 18 of the United States Code, We, the Jury, find the Defendant William Patrick Syring:

_____ Not Guilty        \_\_\_\_✓\_\_\_\_ Guilty

## COUNT EIGHT

With respect to Count 8, knowingly transmitting a threat to injure in interstate commerce to J.Z. with the intent to make such a threat or with the knowledge that the communication would be viewed as such a threat, in violation of Section 875(c) of Title 18 of the United States Code, We, the Jury, find the Defendant William Patrick Syring:

_____ Not Guilty        \_\_\_\_✓\_\_\_\_ Guilty

## COUNT NINE

With respect to Count 9, knowingly transmitting a threat to injure in interstate commerce to O.B. with the intent to make such a threat or with the knowledge that the communication would be viewed as such a threat, in violation of Section 875(c) of Title 18 of the United States Code, We, the Jury, find the Defendant William Patrick Syring:

_____ Not Guilty     \_\_\_✓\_\_\_ Guilty

## COUNT TEN

With respect to Count 10, knowingly transmitting a threat to injure in interstate commerce to M.B. with the intent to make such a threat or with the knowledge that the communication would be viewed as such a threat, in violation of Section 875(c) of Title 18 of the United States Code, We, the Jury, find the Defendant William Patrick Syring:

_____ Not Guilty     \_\_\_✓\_\_\_ Guilty

## COUNT ELEVEN

With respect to Count 11, knowingly transmitting a threat to injure in interstate commerce to H.M. with the intent to make such a threat or with the knowledge that the communication would be viewed as such a threat, in violation of Section 875(c) of Title 18 of the United States Code, We, the Jury, find the Defendant William Patrick Syring:

_____ Not Guilty     \_\_\_✓\_\_\_ Guilty

## COUNT TWELVE

With respect to Count 12, knowingly transmitting a threat to injure in interstate commerce to M.P. with the intent to make such a threat or with the knowledge that the

communication would be viewed as such a threat , in violation of Section 875(c) of Title 18 of the United States Code, We, the Jury, find the Defendant William Patrick Syring:

_____ Not Guilty        \_\_\_\_✓\_\_\_\_ Guilty

### COUNT THIRTEEN

With respect to Count 13, knowingly transmitting a threat to injure in interstate commerce to J.S. with the intent to make such a threat or with the knowledge that the communication would be viewed as such a threat, in violation of Section 875(c) of Title 18 of the United States Code, We, the Jury, find the Defendant William Patrick Syring:

_____ Not Guilty        \_\_\_\_✓\_\_\_\_ Guilty

### COUNT FOURTEEN

With respect to Count 14, knowingly transmitting a threat to injure in interstate commerce to M.L. with the intent to make such a threat or with the knowledge that the communication would be viewed as such a threat, in violation of Section 875(c) of Title 18 of the United States Code, We, the Jury, find the Defendant William Patrick Syring:

_____ Not Guilty        \_\_\_\_✓\_\_\_\_ Guilty


_____
FOREPERSON

5/9/19
DATE